| | |
|---|---|
| KATHY COOK BALL | NUMBER: 174877    DIV.: D |
| VERSUS | 21st JUDICIAL DISTRICT COURT |
| HUDSON INSURANCE COMPANY, KIMBERLY R. WICKS, and GUARANTEED TRANSPORT SERVICE, INC. | PARISH OF LIVINGSTON |
| | STATE OF LOUISIANA |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*CIVIL

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes KATHY COOK BALL, a resident of the full age of majority of the Parish of Livingston, State of Louisiana, who respectfully represents:

1.

Made defendants herein are:

1. **KIMBERLY R. WICKS,** a resident of the full age of majority of the County of Pike, State of Mississippi;

2. **GUARANTEED TRANSPORT SERVICE, INC.,** a corporation authorized to do and doing business in the State of Louisiana, Parish of Livingston; and

3. **HUDSON INSURANCE COMPANY,** a foreign insurance company authorized to do and doing business in the State of Louisiana, with its agent for service of process being the Secretary of State for the State of Louisiana, the Honorable R. Kyle Ardoin.

2.

On or about September 3, 2021, at approximately 5:12 p.m., KATHY COOK BALL was driving a 2021 Nissan Rogue on South Range Avenue in the Parish of Livingston, State of Louisiana.

3.

At approximately the same time and place, KIMBERLY R. WICKS was driving a 2021 Kia Forte, owned by GUARANTEED TRANSPORT SERVICE, INC., exiting a Pilot Gas Station onto South Range Avenue in the Parish of Livingston, State of Louisiana.

4.

KIMBERLY R. WICKS proceeded into the path of KATHY COOK BALL's vehicle and struck KATHY COOK BALL's vehicle.

5.

KIMBERLY R. WICKS caused the collision complained of herein.

**Exhibit A**

6.

As a result of this collision, KATHY COOK BALL sustained the injuries, damages, and losses complained of herein.

    a.      Physical pain and suffering (past, present and future);

    b.      Mental anguish (past, present and future);

    c.      Loss of enjoyment of life (past, present and future);

    d.      Disfigurement and disability;

    e.      Medical expenses (past, present and future);

    f.      Property damage and rental expenses;

    g.      Lost wages/earnings (past, present and future);  and

    h.      Other elements of damages developed during discovery and/or demonstrated with particularity at the trial of this matter.

7.

This collision was caused by the negligence of defendant, KIMBERLY R. WICKS, which is more particularly described as follows:

    a.      Failing to maintain a proper lookout;

    b.      Failing to yield/stop;

    c.      Failing to maintain reasonable and proper control of her vehicle upon a public road; and

    d.      Other acts of negligence which were the cause of this collision and will be proven at the trial of this matter.

8.

Plaintiff alleges on information and belief that at the time of this collision, there was in full force and effect a policy of insurance issued by defendant, HUDSON INSURANCE COMPANY, issued to GUARANTEED TRANSPORT SERVICE, INC., under the terms of which it agreed to insure and indemnify defendant, KIMBERLY R. WICKS, from the damages asserted herein.

9.

At the time of the collision, KIMBERLY R. WICKS was in the course and scope of employment with GUARANTEED TRANSPORT SERVICE, INC., and therefore, GUARANTEED TRANSPORT SERVICE, INC. is responsible for the negligent acts of its employee, KIMBERLY R. WICKS.

10.

Additionally, GUARANTEED TRANSPORT SERVICE, INC. is responsible for its own acts of negligence, including but not limited to:

    a.    Negligently entrusting the vehicle to KIMBERLY R. WICKS;

    b.    Failing to properly hire, train, and supervise KIMBERLY R. WICKS;

    c.    Other acts of negligence which will be proven at trial.

**WHEREFORE,** plaintiff, KATHY COOK BALL, prays that defendants be served with this petition, and after being duly cited to appear and answer same and the expiration of all legal delays and due proceedings are had, that there be judgment rendered herein in favor of plaintiff, KATHY COOK BALL, and against defendants, KIMBERLY R. WICKS, GUARANTEED TRANSPORT SERVICE, INC., and HUDSON INSURANCE COMPANY, jointly and in solido, for such damages as are reasonable in the premises, together with legal interest from the date of judicial demand until paid, all costs of these proceedings, and such equitable relief to which plaintiff may be entitled.

Respectfully submitted:

DUDLEY DEBOSIER INJURY LAWYERS

BY:    _____
          AMBER D. LORIO (#25147)
          1075 Government Street
          Baton Rouge, Louisiana 70802
          Telephone: (225) 379-3333
          Fax: (225) 239-7270
          Email: alorio@dudleydebosier.com
          *Counsel for Plaintiff, KATHY COOK BALL*

**PLEASE SERVE:**

**HUDSON INSURANCE COMPANY**
*Through its Agent for Process of Service:*
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

**PLEASE SERVE *VIA LONG ARM STATUTE*:**

**KIMBERLY R. WICKS**
2053 Richard Road
Magnolia, MS 39652

**GUARANTEED TRANSPORT SERVICE, INC.**
7400 SR 544
Winter Haven, FL 33881